Craig B. Sanders, Esq. (Cal Bar 284397)
csanders@sanderslaw.group
**SANDERS LAW GROUP**
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Telephone: (516) 203-7600
Facsimile: (516) 282-7878

*Attorneys for Plaintiff*
*Michael Stokes*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STOKES,<br><br>Plaintiff,<br><br>vs.<br><br>MENAGERIE, INC.,<br><br>Defendant. | Case No. 5:22-cv-01103-SSS-KK<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. PRO. 55(b)(2)**<br><br>Judge: Hon. Sunshine S. Sykes<br>Date: December 2, 2022<br>Time: 2:00 p.m.<br>Location: 3470 Twelfth Street<br>        Riverside, California<br>        92501-3801<br>Courtroom 2, 2nd Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**YOU ARE HEREBY NOTIFIED THAT** at 2:00 p.m. on December 2, 2022, or as soon thereafter as the matter may be heard, before the Honorable Sunshine S. Sykes, of the United States District Court for the Central District of California, Eastern Division, in Courtroom 2, 3470 Twelfth Street, Riverside,

California 92501-3801, Plaintiff Michael Stokes ("Plaintiff") will and hereby does

move this Court for a default judgment against Defendant, Menagerie, Inc.  Said

motion will be made upon the grounds set forth in the accompanying memorandum

in Support of Plaintiff's Motion for a default judgment, the Declaration of Craig B.

Sanders dated October 31, 2022, the Affidavit of Michael Stokes dated October 31,

2022, and the complete files and records of this action.

## CONFERENCE OF COUNSEL

There has been no conference of counsel prior to making this motion, insofar

as Defendant failed to timely appear, the Clerk entered a notation of Default against

Defendant, and the Court subsequently directed Plaintiff to file the instant motion.

In other words, there is no adverse party recognized by the Court with whom a

conference could have taken place.

Dated:        October 31, 2022

                                        **SANDERS LAW GROUP**

                                        By: /s *Craig B. Sanders*
                                        Craig B. Sanders, Esq. (Cal bar 284397)
                                        333 Earle Ovington Blvd., Suite 402
                                        Uniondale, NY  11553
                                        Telephone: (516) 203-7600
                                        Facsimile: (516) 282-7878
                                        csanders@sanderslaw.group

## CERTIFICATE OF SERVICE

Case Name: Stokes v. Menagerie, Inc.

Case No.:    5:22-cv-01103-SSS-KK


IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States, and am over 18 years of age.  My business address is 333 Earle Ovington Blvd. Suite 402, Uniondale, NY  11553.  I am not a party to this action.

I have caused service of the following documents, described as:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**

On the following parties by email on October 31, 2022 at:

Menagerie, Inc.
3581 University Ave
Riverside, CA 92501

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 31, 2022

/s *Craig B. Sanders*
Craig B. Sanders