JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STOKES,<br><br>                    Plaintiff,<br><br>    v.<br><br>MENAGERIE, INC.,<br><br>                    Defendant. | Case No. 5:22-cv-01103-SSS-KKx<br><br>**FINAL JUDGMENT GRANTING IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT [Dkt. 17]** |

# JUDGMENT

Pursuant to the Order partially granting Plaintiff Michael Stokes's ("Plaintiff") Motion for Default Judgment against Defendant Menagerie, Inc. ("Defendant") [Dkt. 17], **IT IS HEREBY ORDERED THAT**:

(1) Plaintiff's Motion for Default Judgment against Defendant is granted as to his sole cause of action alleging copyright infringement pursuant to 17 USC § 501 *et seq.*;

(2) Plaintiff is awarded $750 in statutory damages;

(3) Plaintiff is awarded $250 in reasonable attorney's fees;

(4) Plaintiff is awarded $586 in litigation costs in addition to the fee award.

**IT IS SO ORDERED.**

Dated: March 8, 2023

SUNSHINE S. SYKES
United States District Judge